# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

JANINE HERMAN HENDRICKS,

    Plaintiff,

    v.

NANCY A. BERRYHILL, Acting
Commissioner of Social Security,

    Defendant.

Case No. CV 17-04270 AFM

**JUDGMENT**

In accordance with the Memorandum Opinion and Order Affirming Decision of Commissioner filed concurrently herewith,

IT IS ORDERED AND ADJUDGED that the Commissioner's decision is AFFIRMED.

DATED: 4/27/2018

_____
ALEXANDER F. MacKINNON
UNITED STATES MAGISTRATE JUDGE